UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**FREDKIEY HURLEY**, individually,

                               Case No. 16-cv-03597-KPF

         **Plaintiff,**

**v.**

**496 LAGUARDIA RESTAURANT INC. d/b/a MOCHA BURGER,**
a New York for profit corporation,

         **Defendant.**

_____

**NOTICE OF SETTLEMENT
AND MOTION SEEKING ADJOURNMENT
OF INITIAL PRETRIAL CONFERENCE
ON THURSDAY, SEPTEMBER 22, 2016, AT 4:00 PM**

    Plaintiff FREDKIEY HURLEY, by and through the undersigned counsel, and pursuant to the Federal Rules of Civil Procedure and all other applicable statutes, regulations, and legal authorities, as well as this Court's inherent authority, hereby provides this honorable Court with Notice of Settlement of all claims in their entirety thus making a initial pretrial conference unnecessary.

    The Parties' intend on finalizing their settlement and related documents to this Court within thirty (30) days of the filing of the instant notice.

Respectfully submitted on September 16, 2016.

> **By: /s/ Tara Demetriades**
> Tara Demetriades, Esq.
> New York Bar No. 4185666
>
> **ADA Accessibility Associates**
> 2076 Wolver Hollow Road
> Oyster Bay, New York 11771
> E: TDemetriades@Aol.com
> T: (516) 595-5009

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Notice of Settlement has been served via the Court's CM/ECF filing system upon all parties of record on September 16, 2016.

> **By: /s/ Tara Demetriades**
> Tara Demetriades, Esq.
> New York Bar No. 4185666